UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

5:05-CR-4-1-F3

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| DANIEL WATLINGTON | ) | |
| Defendant. | ) | |

The defendant's "Stay of Disposition Appeal" [DE-518], and "Stay of Deposition with Appeal (abeyance)" [DE-529] are DENIED. To the extent that Melissa Harper's "Notice of Right to Have Exemptions Designated" [DE-523], and "Request for Hearing" [DE-533] seek relief from the court, they also are DENIED for the reasons set forth in the Government's Response thereto [DE-535].

Watlington's "Response and Opposition to United States' Reply to Defendant's Writ of Execution or in the Alternative Writ of Prohibition" [DE-530] – in which he "respectfully prays this Honorable Court for the issuance of Writ of Execution or in the Alternative a Writ of Prohibition, Prohibiting the United States from any further attempts at seizing the property that is the subject of this matter" – is DENIED.

All Watlington's pending motions are DENIED, except his § 2255 motion, which remains in abeyance pending his appeal. *See* [DE-474] and this court's order [DE-471] denying Motion to Disqualify [DE-470].

SO ORDERED. This the 1st day of June, 2010.

JAMES C. FOX
Senior U.S. District Judge