UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:05-CR-4-1-F3

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| DANIEL WATLINGTON ) | |
| Defendant. ) | |

The defendant's January 20, 2011, Motion for Documents [DE-566] is DENIED.

SO ORDERED.

This, the 24th day of January, 2011.

JAMES C. FOX
Senior United States District Judge