IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:05-CR-00004-F-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DANIEL WATLINGTON, | ) | |
| Defendant. | ) | |

This matter is before the court on Daniel Watlington's Motion to Correct Clerical Error [DE-606] and Response to the United States Probation Office [DE-608]. In his motion, Watlington requests that the court correct his Presentence Report to reflect that this restitution amount is $3,921,890.51 and not $596,839,590.34. Watlington contends that the Clerk of Court mistakenly used an uncorrected version of his Presentence Report to prepare his amended judgment on October 20, 2006. In his Response, Watlington contends that a new sentencing hearing should be conducted.

On March 9, 2006, the court held Watlington's sentencing hearing. Watlington received 420 months' imprisonment and 5 years of supervised release. *See* Judgment [DE-233]. Watlington was ordered to pay a special assessment of $3,200. Watlington was found to be responsible for a total loss of $596,839,590.34. PSR ¶ 21. The court agreed to address restitution at a later date.

Watlington's restitution was addressed on October 20, 2006. At that time, Watlington was ordered to pay restitution in the amount of $3,921,809.51. *See* Amended Judgment [DE-316].

Watlington has not shown he is entitled to an amended Presentence Report or

resentencing. Consequently, Watlington's Motion to Correct Clerical Error [DE-606] and Response to the United States Probation Office [DE-608] are DENIED.

SO ORDERED.

This, the 11th day of March, 2015.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge