IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:05-CR-00004-F-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DANIEL WATLINGTON, | ) | |
| Defendant. | ) | |

This matter is before the court on Daniel Watlington's Request for Nunc Pro Tunc Amendment for Addendum Presentence Report [DE-623]. In his motion, Watlington argues that he qualifies for a sentencing modification or reduction.

The court's authority to modify a sentence is extremely narrow. There are only three circumstances in which modification is allowed: (1) upon motion of the Director of the Bureau of Prisons; (2) as permitted by statute or Federal Rule of Criminal Procedure 35; and (3) where the relevant sentencing guidelines have changed since sentence was imposed. *See* 18 U.S.C. § 3582(c)(1)(A), (1)(B), and (2). Watlington has failed to show that any of these three circumstances are present. Consequently, Watlington's Request for Nunc Pro Tunc Amendment for Addendum Presentence Report [DE-623] is DENIED.

SO ORDERED.

This the 15 day of September, 2016.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge