**GOVERNMENT EXHIBIT 1**

File Number: 20220014228E
Date Filed: 2/2/2022 5:35:00 PM
Elaine F. Marshall
NC Secretary of State

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Daniel Watlington 404-201-3022

**B. E-MAIL CONTACT AT FILER (optional)**
danielwatlington50@gmail.com

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)

Daniel Watlington
2675 Thornbury Way
Atlanta, GA 30349-4935

WAKE COUNTY, NC 198
TAMMY L. BRUNNER
REGISTER OF DEEDS
PRESENTED & RECORDED ON
02/22/2022 14:55:52

BOOK:018927 PAGE:01799 - 01802

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor Information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| Harris | Charlene | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| Financial Litigation Unit Eastern District Of North Carolina 150 Fayetteville Street Suite 2100 | Raleigh | NC | 27601 | USA |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| Watlington | Daniel | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 2675 Thornbury Way | Atlanta | GA | 30349-4935 | USA |

**4. COLLATERAL:** This financing statement covers the following collateral:

Charlene Harris charge with violating a Judges" ORDER" herein known as Contempt by way of defrauding Daniel Watlington out of $221.00 dollars Social Security Payment in the total amount of $1,773.60. The debtor(s) named herein is Lien in the amount of $1,773.60 plus 4% Annually. All of debtors assets, land, Fixtures, Bank Accounts, Automobiles, Jewelry, House Hold Furniture, garnishment of pay roll check.

**5.** Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

**6a.** Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

**6b.** Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

**7. ALTERNATIVE DESIGNATION (if applicable):** ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**
FLU-2022

Case 5:05-cr-00004-BO   Document 691-2   Filed 05/30/23   Page 1 of 4

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

International Association of Commercial Administrators (IACA)

# UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS

9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

OR
- 9a. ORGANIZATION'S NAME
- 9b. INDIVIDUAL'S SURNAME
  - FIRST PERSONAL NAME
  - ADDITIONAL NAME(S)/INITIAL(S)    SUFFIX

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

10. DEBTOR'S NAME: Provide (10a or 10b) only <u>one</u> additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

OR
- 10a. ORGANIZATION'S NAME
- 10b. INDIVIDUAL'S SURNAME
  - INDIVIDUAL'S FIRST PERSONAL NAME
  - INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)    SUFFIX

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

11. ☐ ADDITIONAL SECURED PARTY'S NAME <u>or</u> ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only <u>one</u> name (11a or 11b)

OR
- 11a. ORGANIZATION'S NAME

| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):

13. ☒ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

14. This FINANCING STATEMENT:
☐ covers timber to be cut    ☐ covers as-extracted collateral    ☒ is filed as a fixture filing

15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

16. Description of real estate:

17. MISCELLANEOUS:

Case 5:05-cr-00004-BO    Document 691-2    Filed 05/30/23    Page 2 of 4

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDENDUM (Form UCC1Ad) (Rev. 04/20/11)    International Association of Commercial Administrators (IACA)

BK013027PG01801 

# State of North Carolina
# Department of the Secretary of State
NC Secretary of State, ELAINE F. MARSHALL
UNIFORM COMMERCIAL CODE FILING ACKNOWLEDGEMENT

Watlington, Daniel
2675 Thornbury Way
Atlanta, NC 30349-4935

**File Number:** 20220014228E  **File Date:** 2/2/2022  **Filing Type:** UCC
**Lapse Date:** 2/2/2027  **Pages:** 1

### Indexed Debtor(s):

Personal: Charlene Harris, Financial Litigation Unit Eastern District Of North Carolina 150 Fayetteville Street Suite 2100, Raleigh, NC, 27601 USA

### Secured Party(s)/Assignee(s)

Personal: Daniel Watlington, 2675 Thornbury Way, Atlanta, GA, 30349-4935 USA

Please review the above information that was indexed in our database. We have indexed the above information exactly as it was presented on your filing. Debtor(s) and Secured Party(s)/Assignee(s) that failed to meet the minimum indexing requirements were not indexed. If you wish to make a change from your original filing, an amendment (UCC-3) with the appropriate fee is required. If there is an indexing error made by the filing office, please contact us at the number listed below.

| UCC Filing Fees: | |
|---|---|
| 1-2 Pages $38.00 | P.O. Box 29626 |
| 3-10 Pages $45.00 | Raleigh, NC 27626-0626 |
| 11 and over $45.00 + $3.00 per page | (919) 814-5400 |
| (Filing fees are non-refundable) | https://www.sosnc.gov |

BK018927PG01802





BOOK:018927 PAGE:01799 - 01802

## Please retain yellow trailer page

It is part of the recorded document and must be submitted with the original for re-recording.

## Tammy L. Brunner
## Register of Deeds
Wake County Justice Center
300 South Salisbury Street, Suite 1700
Raleigh, NC 27601

☐ New Time Stamp ☐ $25 Non-Standard Fee

☐ Additional Document Fee ☐ Additional Reference Fee

**This Customer Group**

_____ # of Excessive Entities

_____ # of Time Stamps Needed

**This Document**

____4____ # of Pages