


GOVERNMENT EXHIBIT
2

ELAINE F. MARSHALL
SECRETARY OF STATE

State of North Carolina
Department of the Secretary of State

Certification and Filing Division
UCC Section

# Refusal of Filing, Pursuant to G.S. 25-9-516(b)(8)

**Date:** 2/3/2022 10:23:43 AM

**Debtor:** Charlene Harris

**Secured Party:** Daniel Watlington

**Tracking Number:** Web-04256438

> Date and time the record would have been filed, had it been accepted: 2/2/2022 5:35:00 PM

Enclosed please find a record for which filing has been refused. The Secretary of State may refuse to accept records submitted for filing for the reasons set forth in North Carolina General Statute 25-9-516(b). Your record has been rejected pursuant to the provisions of G.S. 25-9-516(b)(8), which permits the Secretary of State to reject a record presented for filing if it meets either of the following criteria:

(a) The record is not created pursuant to Chapter 25 of the General Statutes; or
(b) The record is intended for an improper purpose, such as to hinder, harass or otherwise wrongfully interfere with any person.

Pursuant to 18 NCAC 5A.0203, fees paid for refused records are non-refundable. You may view this Administrative Rule on the Department's Web site at www.sosnc.gov/ucc/

If you wish to appeal our refusal to accept a record for filing, pursuant to G.S. 25-9-520(e), you must file an appeal within (30) days after we refused to accept the record. You must file the appeal both in the Superior Court of Wake County and with the Secretary of State. The copy for the Secretary of State must be addressed to:

Ann B. Wall, General Counsel
NC Department of the Secretary of State
P.O. Box 29622
Raleigh, NC 27626-0622

You may be required to pay a filing fee to file a petition for a contested case hearing. If you have additional questions or concerns regarding the refusal to accept this record for filing or the appeal referenced above, please consult with independent legal counsel.

PO Box 29626, Raleigh, NC 27626-0626
Voice 919.814-5400 - Fax 919.807-2210
UCCMAIL@SOSNC.GOV
WWW.SOSNC.GOV

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

File Number: 20220014228E
Date Filed: 2/2/2022 5:35:00 PM
Elaine F. Marshall
NC Secretary of State

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Daniel Watlington 404-201-3022

**B. E-MAIL CONTACT AT FILER (optional)**
danielwatlington50@gmail.com

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)

Daniel Watlington
2675 Thornbury Way
Atlanta, GA 30349-4935

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| Harris | Charlene | | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| Financial Litigation Unit Eastern District Of North Carolina 150 Fayetteville Street Suite 2100 | Raleigh | NC | 27601 | USA |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| Watlington | Daniel | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 2675 Thornbury Way | Atlanta | GA | 30349-4935 | USA |

**4. COLLATERAL:** This financing statement covers the following collateral:

Charlene Harris charge with violating a Judges" ORDER" herein known as Contempt by way of defrauding Daniel Watlington out of $221.00 dollars Social Security Payment in the total amount of $1,773.60. The debtor(s) named herein is Lien in the amount of $1,773.60 plus 4% Annually. All of debtors assets,land,Fixtures, Bank Accounts,Automobiles, Jewelry, House Hold Furniture,garnishment of pay roll check.

**5.** Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

**6a.** Check only if applicable and check only one box: ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

**6b.** Check only if applicable and check only one box: ☐ Agricultural Lien ☐ Non-UCC Filing

**7. ALTERNATIVE DESIGNATION (if applicable):** ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**
FLU-2022

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

International Association of Commercial Administrators (IACA)