IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:05-CR-00004-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DANIEL WATLINGTON | ) | |

This matter is before the Court on restitution-payee Jorge Rodriguez's motion in letter form for the payment of restitution that reverted to this Court's unclaimed fund. [DE 703, 706]. At the Court's direction, the United States responded to Rodriquez's request. [DE 709]. The United States does not object to the disbursement of all restitution owed to Rodriquez that is currently unclaimed.

After reviewing the motion and all relevant matters, the Court concludes that Rodriquez has met the requirements for the dispersal of unclaimed funds. Therefore, the Clerk of this Court is DIRECTED to disburse to Jorge Rodriquez, HC 02 Box 16998, Arecibo, PR 00612, the sum of $56,396.98 and any additional funds, currently unclaimed or received in the future, to which the above-named restitution payee is entitled.

SO ORDERED, this _13_ day of December 2023.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE